1  JOHN F. GARLAND   #117554
   Attorney at Law
2  1713 Tulare Street, Suite 221
   Fresno, California 93721
3
   Telephone: (559) 497-6132
4
   Attorney for Defendant
5  SHAROKEN   KHOSHABA

6

7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )   Case No.  1: 06 CR 00419 LJO
                                    )
11        Plaintiff,                )   WAIVER OF APPEARANCE
                                    )   AND ORDER THEREON
12        v.                        )
                                    )   DATE:  March 16, 2007
13 SHAROKEN KHOSHABA,               )   TIME:    9:00 a.m.
                                    )   PLACE: Courtroom Four
14        Defendant.                )
   _____)   HONORABLE LAWRENCE J. O'NEILL
15

16        Defendant, SHAROKEN KHOSHABA, hereby waives her right to be present in person

17 in open court upon the hearing presently set for March 16, 2007 at 9:00 a.m. in Courtroom Four

18 of  the above entitled court. Defendant hereby requests the court to proceed in her absence and

19 agrees that her interests will be deemed represented at said hearing by the presence of her

20 attorney, JOHN F. GARLAND. Defendant further agrees to be present in person in court at all

21 future hearing dates to be set by the court including the date set for jury trial.

22

23 Dated: March 9, 2007                            /s/ Sharoken Khoshaba
                                              SHAROKEN KHOSHABA
24

25

26

27

28

                                         1

**ORDER**

       Pursuant to the request, defendant SHAROKEN  KHOSHABA  is hereby excused from appearing at the court hearing scheduled for March 16, 2007 at 9:00 a.m.    The Government has indicated that it has no objection.


IT IS SO ORDERED.

**Dated:    March 13, 2007**                          /s/ Lawrence J. O'Neill
b9ed48                                               UNITED STATES DISTRICT JUDGE