JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant
SHAROKEN   KHOSHABA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>SHAROKEN KHOSHABA,  )<br>  )<br>    Defendant.  )<br>_____) | Case No.  1: 06 CR 00419 LJO<br><br>WAIVER OF APPEARANCE<br>AND ORDER THEREON<br><br>DATE: March 16, 2007<br>TIME:   9:00 a.m.<br>PLACE: Courtroom Four<br><br>HONORABLE LAWRENCE J. O'NEILL |

Defendant, SHAROKEN KHOSHABA, hereby waives her right to be present in person in open court upon the hearing presently set for March 16, 2007 at 9:00 a.m. in Courtroom Four of the above entitled court. Defendant hereby requests the court to proceed in her absence and agrees that her interests will be deemed represented at said hearing by the presence of her attorney, JOHN F. GARLAND. Defendant further agrees to be present in person in court at all future hearing dates to be set by the court including the date set for jury trial.

Dated: March 9, 2007                                  /s/ Sharoken Khoshaba
                                                                          SHAROKEN KHOSHABA

1

**ORDER**

Pursuant to the request, defendant SHAROKEN KHOSHABA is hereby excused from appearing at the court hearing scheduled for March 16, 2007 at 9:00 a.m.  The Government has indicated that it has no objection.

IT IS SO ORDERED.

**Dated:   March 13, 2007**                    **/s/ Lawrence J. O'Neill**
b9ed48                                         UNITED STATES DISTRICT JUDGE