JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant
SHAROKEN KHOSHABA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1: 06 CR 00419 LJO |
| Plaintiff, | ORDER FOR RETURN OF PASSPORT |
| v. | |
| SHAROKEN KHOSHABA, | |
| Defendant. | HONORABLE  LAWRENCE J. O'NEILL |

The above-named defendant having been sentenced to a term of probation, and the legal proceedings having been terminated;

IT IS HEREBY ORDERED that the Passport posted in this matter be returned to defendant SHAROKEN KHOSHABA, or her representative.

Passport No.: **057905908**

Receipt No.: **101-10047**

IT IS SO ORDERED.

**Dated:   March 28, 2008**          /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE

1